STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MERDIE ZURAWSKI, DEFENDANT-APPELLANT.

Argued April 25, 1966—Decided May 9, 1966.

*Mr. Hyman Isaac* argued the cause for the appellant (*Mr. Barry Epstein,* on the brief; *Messrs. Reibel, Isaac & Tannenbaum,* attorneys).

*Mr. Joseph A. Hoffman* argued the cause for the respondent (*Mr. Arthur J. Sills,* Attorney General, attorney.)

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Brown in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO.—6.

*For reversal*—None.